# IN THE SUPREME COURT OF PENNSYLVANIA

|  |  |
|---|---|
| In the Matter of | : No. 2287 Disciplinary Docket No. 3 |
|  | : |
|  | : Board File No. C1-16-537 |
| THOMAS F. BELLO | : |
|  | : (Supreme Court of the State of New York, |
|  | : Appellate Division, Second Judicial |
|  | : Department, No. 2011-05367) |
|  | : |
|  | : Attorney Registration No. 73540 |
|  | : |
|  | : (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of September, 2016, having failed to reply to this Court's directive of August 3, 2016, to provide reasons against the imposition of reciprocal discipline, Thomas F. Bello is disbarred from the practice of law in this Commonwealth. He is directed to comply with all the provisions of Pa.R.D.E. 217.